AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the

FILED
RICHARD W. NAGEL
CLERK OF COURT
OCT -9 2026 2:20 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

CHRISTOPHER DOUD LANGDON
Plaintiff/Petitioner

v.

PUREVAL AFTAB, CITY OF CINCINATTI
Defendant/Respondent

Civil Action No. 1:26 CV 01031

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: N/A.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: DOORDASH - 303 2nd St. San Francisco, Cal. 94107 - Grubhub - 111 West Washington Street Chicago, Ill. 60602

My gross pay or wages are: $ 165/week, and my take-home pay or wages are: $ 165 per *(specify pay period)* week. After deducting .79/mile not taxable

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ■ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ■ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ■ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ■ No |
| (e) Gifts, or inheritances | ☐ Yes | ■ No |
| (f) Any other sources | ■ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I received checks for about #950.00 for back payment due for inheritance about 6 months ago.
I receive about #1,014/mo. Social Security
SEE ATTACHED DOCUMENT

4. Amount of money that I have in cash or in a checking or savings account: $ 695.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I OWN a 2020 TOYOTA COROLLA which has over 147,000 miles on it. It has a value of about $4,500 but I owe over $23,000 on it. The car has over $3,000 of body damage on it. HP laptop - $250 value. Clothes, books furniture value $550.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

$387/mo. for storage
$233.09 for car insurance
$57.89 to Sunbit credit for tires

no housing expense
I AM HOMELESS
I SLEEP IN MY CAR

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I owe over $23,000 to my former brother-in-law for automobile. I owe. I owe $57.99 to Sunbit Credit for tires for 3 more months.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: October 2nd, 2026

Christopher Langdon
*Applicant's signature*

CHRISTOPHER LANGDON
*Printed name*

## ASSETS

ASSETS – I don't own a home, I am homeless. I sleep in my car, a 2020 Toyota Corolla. The car has body damage in excess of $3,000, and over 147,000 miles on it. I do food deliveries for a living, hence the excessive mileage. My car has a value of roughly $4,500. However, I owe over $23,000 on it, to my former brother-in-law, who loaned me the total amount to purchase the vehicle (my sister passed away two decades ago).

I own a HP laptop computer, which is worth about $250. I also own some clothes books, and furniture, most of which is in storage. Their value is about $550, I'm guessing. I don't know. I have about $495 in my only bank account and about $173 which I keep on my an din my car.

## INCOME

I receive $1,014 from Social Security every month. I received a much lower an[mount a few months ago. I just received an increase about three months ago. I earned $644.36 in September for doing food deliveries for Doordash and GrubHub. However, after deducting 70 cents for every mile I drove making deliveries, I have no taxable income for deliveries.

DEBTS

I owe my former brother-in-law over $23,000 for the money he lent me to purchase a 2020 Corolla, which I still own, and back interest. I also owe him over $100,000 for money he loaned my mother and I. My mother was on oxygen for 14 years and required around the clock care. I stopped working to assist her.

I owe $387/mo. to extra space storage for storage of what little property I have.

I owe $233.09/mo. to State Farm Mutual Auto Insurance Co. for insurance on my car.

I owe Sunbit credit co. $57.89 for tires for my car.

I solemnly swear that everything herein is true and correct to the best of my knowledge.

Christopher Langdon [signature] 9/30/2026

POB 43, Winter Park, Fl. 32790 – 407-488-8169 – Qiologist @yahoo.com