UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF OHIO

CINCINATTI DIVISION

RECEIVED

OCT - 9 2026

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

CHRISTOPHER DOUD LANGDON,

Plaintiff, Pro Se,

versus

Case No. 1:26 CV 0 1 0 3 1

AFTAB PUREVAL, MAYOR OF CINCINNATI, & THE CITY OF CINCINNATI, OHIO,

Defendants

J. McFARLAND

M.J. LITKOVITZ

## I. BASIS FOR FEDERAL JURISDICTION

This is a civil rights lawsuit for violations of my Constitutional Rights under *The Constitution of the United States of America,* Amendments I, & XIV. The court has jurisdiction under: 28 U.S.C., Section 1331; 42 U.S.C., Section 1983; and any other applicable U.S. Constitutional Amendment, or any other applicable Federal Statute.

## II. PARTIES TO THE COMPLAINT ARE:

The Plaintiff is Christopher Doud Langdon.

Mailing Address - P.O.B. 43, Winter Park, Fl. 32790

(I have no street address, I am homeless)

The Defendants are:

Mayor Aftab Pureval, Mayor of The City of Cincinnati

Mailing Address – 801 Plum Street, Cincinnati, Ohio - 45202

The City of Cincinnati – c/o City Solicitor, Emily Smart Woermer

Mailing Address – 801 Plum Street, Cincinnati, Ohio - 45202

## III. Statement of My Claim

I asked that I be allowed to paint streets of my choosing in *The City of Cincinnati* with my social/human rights messages. The city has allowed activists known as *Black Lives Matter,* and other activists, to paint the streets with their slogan/ message, *Black Lives Matter.*

*The City of Cincinnati* also allowed the activists to paint the clenched fist in the BLM street mural, which is located in front of City Hall. The clenched fist has been a symbol for the CPUSA (*The Communist Party of the United States of America)* for over one hundred years, and for communist organizations world-wide. The clenched fist was adopted by *The Black Panthers,* a violent-revolutionary, African-American organization, and other violent groups. Also, the BLM street mural in Cincinnati incorporates the Pan African colors, a political movement.

I wish to paint my messages on the city's streets, including, but not limited to: All Lives Matter; Yellow Lives Matter; Brown Lives Matter; Red Lives Matter; Black Lives Matter; White Lives Matter; Blue Lives Matter; Ukrainian Lives Matter; Tibetan Lives Matter; Free Tibet; Free Cuba; Stop Iranian & Hamas Terror; Putin is a Mass Murderer; Defund Drug Dealers, Not the Police; Communism is Slavery; Stop Hamas Terror; Stop Muslim Honor Killings; and other social/human rights messages.

Additionally, I wish to paint a picture of Buddha, Jesus, The Prophet Muhammad, Krishna, and Moses, arm in arm, with their names below their pictures. Next to that I'd like to paint the caption "Peace & Religious Tolerance."

I have as much of a right to paint the streets as *Black Lives Matter* does, or any other organizations, or individuals, according to the First Amendment, which is

made applicable to the states *via* Amendment XIV. I requested that I be allowed to paint the streets, as described above, in an email to Mayor Pureval, but my request was ignored.

Public streets have traditionally been a public forum, open to expression covered by the First Amendment. *See: Hague v. CIO,* 307 U.S. 496, 515-516 (1939). The painting of the surface of a street is a non-traditional use of a street for First Amendment expression. However, once public property is opened up as a public forum for free speech, it must be open to all on an equal basis. *See: Widmer v. Vincent,* 454 U.S. 263, 277 (1983).

Furthermore, to only allow one race to paint its slogan on the streets is racially discriminatory. Also, *Black Lives Matter* is a political organization with a left-wing, Marxist-Communistic agenda. It has a PAC (Political Action Committee).

IV. Relief Sought

(a) I ask to be allowed to paint the public streets of my choosing in *The City of Cincinnati,* with the messages listed above, and any other human rights/social justice messages I choose.

(b) I also ask that I get the same support which those who painted *Black Lives Matter* on the streets received from the city, including, but not limited to financial

support. I ask that I be allowed to utilize the same amount of space on the city's streets that the *Black Lives Matter* street murals, and other street murals, utilize.

(c) Additionally, I seek court costs and attorney's fees, should I hire an attorney. Furthermore, I seek $10,000 in damages from Mayor Pureval, and $10,000 in damages from *The City of Cincinatti,* and any other damages deemed just.

(d) I wish for a jury trial on any issue that may be decided by a jury

(e) Additionally, I request that my street murals be allowed for the same length of time that the BLM street murals are allowed on the city's streets. I also ask for any other relief which the court deems just. Additionally, I ask that my complaint be liberally construed and I be given every opportunity to make my case.

"The handwritten pro se document is to be liberally construed. As the Court said in Haines v. Kerner, 404 U.S. 519 (1972), a pro se complaint, 'however inartfully pleaded must be held to less stringent standards than formal pleadings drafted by lawyers." *Estelle v. Gamble*, 429 U.S. 97, 106 (1976).

*See also: Timms v. Franks,* 953 F. 2d 281 (7th Cir. 1992); *Platsky v. C.I.A.,* 953 F. 2d 26, 28 (2nd Cir. 1991); *Lorin v. GOTO Corp.,* 700 F. 2d 1202 (8th Cir. 1983); *Angelino v. Royal Family of Al Saud,* 688 F. 3d 771 (D.C. Cir. 2012); *U.S. v. Otero,* 502 F. 3d 331 334 (3rd Cir. 2007); *Jaxon v. Circle K. Corp.,* 773 F. 2d 1138, 1140 (10th 1985).

## V. STATEMENT RE ARTIFICAL INTELLIGENCE

No artificial intelligence has been used in the preparation of this complaint.

## VI. RULE 11 CERTIFICATION

Under *The Federal Rules of Civil Procedure*, Rule 11, by signing below, I certify, to the best of my knowledge, that: (a) this complaint is not being presented for an improper purpose such as to harass, cause unnecessarily delay, or needlessly increase the cost of litigation; (b) is supported by existing law; (c) the factual assertions have evidentiary support; and (d) this complaint complies with the requirements of Rule 11.

Respectfully submitted, this the 30th day of September, 2026.

## VERIFICATION

I solemnly swear under oath, and under the penalty of perjury, that everything herein is true and correct, to the best of my knowledge.

Christopher Langdon, Plaintiff
P.O.B. 43, Winter Park, Fl. 32790 – Qiologist@yahoo.com – 407-488-8169