P.O.B [illegible]
Winter Park, Fl.
32790

9589 0710 5270 3989 8637 79

Retail

U.S. POSTAGE PAID
FCM LG ENV
WINTER PARK, FL 32789
OCT 02, 2026

45202

$7.82

RDC 99

S2324D502419-22

CLERK OF COURT
U.S DISTRICT COURT
100 EAST FIFTH ST.
CINCINATTI, OHIO
45202